**Hannah (Searcy) KENNEDY; and James Kennedy, Respondents,**

v.

**Rick Lee SEARCY; John Seedorff; and Linda Seedorff, Appellants.**

**Nos. WD 60269, WD 60380, WD 60783.**

Missouri Court of Appeals, Western District.

March 4, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 2003.

Application for Transfer Denied July 1, 2003.

Dennis J. Campbell Owens, Kansas City, MO, for Appellants.

Christy Lea Fisher, Plattsburg, MO, for Respondents.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

John and Linda Seedorff appeal the trial court's decision transferring custody of Ariel Marie Searcy, Abegail Noel Searcy, Brittany Michelle Kennedy, and Tiffany Suzannah Kennedy from them to Hannah Searcy–Kennedy and James Kennedy. For the reasons stated in the memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).